Bruce Levinson (BL-0749)
Greg Brown (GB 1977)
747 Third Avenue, 4th Floor
New York, NY 10017-2803
Telephone: (212) 750-9898

Lawrence H. Meuers (LM–3461)
Steven M. De Falco
Fla. Bar No. 0733571
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAGE FRUIT COMPANY, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAIL NASH CORP. D/B/A NASH EXPRESS PRODUCE, a New York corporation; MORIS MICHAEL NASHONOV, (NASH), an individual; SERGEY NASHONOV, an individual; and MICHAEL NASHONOV, an individual,<br><br>Defendants. | Case No.: 07-4204<br><br>JUDGE CHARLES SIFTON<br><br>[PROPOSED] ORDER FOR ENTRY OF DEFAULT JUDGMENT |

Pursuant to Local Rule 55.2(a), the Clerk of Court is presented with Sage Fruit Company, LLC's Motion for Entry of Default Judgment. Having reviewed the file and being otherwise duly advised in the premises,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

- Sage Fruit Company, LLC's Motion for Entry of Default Judgment is granted, and

- Judgment is entered in favor of Sage Fruit Company, LLC and against Defendants, Michail Nash Corp. d/b/a Nash Express Produce, Moris Michael Nashonov ("Nash"), and Sergey Nashonov, jointly and severally, in the principal amount of $50,991.00, along with taxable costs in the sum of $780.00, pre-judgment interest in the sum of $3,346.95, for a total judgment amount of $55,117.95, plus post-judgment interest at the rate set forth by 28 USC §1961, all of which qualifies for protection under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499e *et seq.* ("PACA"), until satisfied, for which let execution issue.

DATED: January 15, 2008.

*Robert C. Hinemann,*
Clerk of Court

By: *Stanley Kessler*, Dep. Clerk

Copies Furnished to:

Sage Fruit Company, LLC
c/o Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109

OK.
s/Hon. Charles P. Sifton
1/15/08

Michail Nash Corp. d/b/a Nash Express Produce
Moris Michael Nashonov ("Nash")
Sergey Nashonov
64 Brighton Ct., Ap. 1
Brooklyn, NY 11235

and

5923 Strickland Ave., Suite 304
Brooklyn, NY 11234-6436